APPENDIX L-1007-1

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

In re:

JAMES ANDERSON PIERCE, JR. and

ELIZABETH ANNE PIERCE,

Debtor(s).

Chapter 7

Case No. 25.60097

### Declaration of Evidence of Employers' Payments Within 60 Days

☐ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☒ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: $Click or tap here to enter amount. If none, enter "0.00" but, after making a good faith effort, Debtor does not have copies of employer pay advices to be produced.

Debtor declares the foregoing to be true and correct under penalty of perjury.

Dated: 2/19/2025

_____
Signature of Debtor

Dated: 2/19/2025

Elizabeth Anne Pierce
_____
Signature of Co-Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.